**UNITED STATES DISTRICT Court**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTHER THOMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-02329-NJK<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S BRIEF |

Plaintiff Esther Thompson and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from October 29, 2026 to December 22, 2026, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules for

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's and will allow additional time to properly research and address the issues within the administrative due to Plaintiff's Counsel having several other motions due in the same three-week period.

DATE: October 26, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: __________________________
Marc V. Kalagian
Attorney for plaintiff Esther Thompson

DATE: October 26, 2026

SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: __________________________

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

IT IS SO ORDERED:

THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: October 27, 2026